```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 06 B 06303
   JIM TINERELLA
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-2160
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/01/06 and confirmed on 10/06/06.

2. The case was dismissed after confirmation, 01/30/2009.

3. The Debtor paid a total of $ 8365.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DOUGLAS KENNEDY | CURRENT MORTG | .00 | .00 | .00 |
| OVERLAND BOND & INVESTME | SECURED VEHIC | 10204.00 | 1549.79 | 6211.72 |
| THERESA TINERELLA | CHILD SUPPORT | 9912.23 | .00 | 238.82 |
| ALEXIAN BROTHERS BEHAVIO | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED EMERGENCY SE | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | FILED LATE | .00 | .00 | .00 |
| FOSTER & BUICK LAW GROUP | UNSECURED | 9296.55 | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LABORERS PENSION FUND HE | UNSECURED | NOT FILED | .00 | .00 |
| LOU HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| MCCANN INDUSTRIES | UNSECURED | 2549.64 | .00 | .00 |
| NORTHWEST COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |
| OVERLAND BOND & INVESTME | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF SCHAUMBURG | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE CORP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10204.00 | 9912.23 | 11846.19 | .00 | 31962.42 |
| PRINCIPAL PAID | 6211.72 | 238.82 | .00 | .00 | 6450.54 |
| INTEREST PAID | 1549.79 | .00 | .00 | .00 | 1549.79 |
| TOTAL PAID | 7761.51 | 238.82 | .00 | .00 | 8000.33 |

The Debtor's attorney, LAVELLE LEGAL SERVICES          , was allowed $   1140.00 and was paid $         .00 .

The Trustee received $     364.67 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 06303 JIM TINERELLA